UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

**In Re:**                                     )         **Case No.:**   10-47371
                                               )
THOMAS L MORETTI, JR.,                         )
                                               )
                                               )         **Chapter** 7
                                               )
                                               )         Honorable Manuel Barbosa
                                               )

**Debtor(s)**

## ORDER MODIFYING STAY

   This cause coming to be heard on the Motion of BAC Home Loans Servicing, L.P./ DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5,
 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF5, a Creditor herein, the Court having jurisdiction
 over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to BAC Home Loans Servicing, L.P./ DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF
 THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF5
 and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 12044 South Loomis Street, Chicago, IL.

   Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

                                                                    **Enter:**   [signature]

                                                                    Honorable Manuel Barbosa
                                                                    United States Bankruptcy Judge

**Dated**   11/18/2010

**Prepared by counsel of Movant:**

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois  60602
(312) 346-9088
PA No:  10-6622