B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–47371**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas L. Moretti Jr.
   3141 Holden Cir.
   Elgin, IL 60124

Social Security / Individual Taxpayer ID No.:
   xxx–xx–8488

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>January 18, 2011</u>                <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 1                  Date Rcvd: Jan 18, 2011
Case: 10-47371                 Form ID: b18                 Total Noticed: 21

The following entities were noticed by first class mail on Jan 20, 2011.
db           +Thomas L. Moretti, Jr.,   3141 Holden Cir.,   Elgin, IL 60124-3805
tr           +Joseph Voiland,   Joseph R. Voiland,   1625 Wing Road,   Yorkville, IL 60560-9263
16315924     +Absolute Collect Svc,   421 Fayetteville S,   Raleigh, NC 27601-1792
16315927     +Baker & Miller,   29 N Wacker Dr,   Chicago, IL 60606-2854
16315923     +Gierum & Mantas,   9700 West Higgins Road Suite 1015,   Rosemont, IL 60018-4712
16315928     +Home Loan Services Inc,   150 Allegheny Cent,   Pittsburgh, PA 15212-5335
16315930    ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept Of Revenue,   Springfield Collection Enforcement-Levy,
               101 W. Jefferson,   Springfield, IL  62794)
16315932     +Markkoff & Krasny,   29 N. Wacker, #550,   Chicago, IL 60606-2851
16315933     +Michael R. Esposito,   834 Forest Ave.,   River Forest, IL 60305-1362
16315922     +Moretti Thomas L Jr,   3141 Holden Cir,   Elgin, IL 60124-3805
16315934      National City Card Ser,   K-a16-2j,   Kalamazoo, MI  49009
16315935      New York Life,   P.O. Box 742525,   Cincinnati, OH  45274-2525
16315936     +Northern Leasing Syste,   132 W 31st St Fl 14,   New York, NY 10001-3405
16315937     +Peoples Engy,   130 E Randolph,   Chicago, IL 60601-6302
16315938     +Remodelers Supply Central,   2500 N. Pulaski,   Chicago, IL 60639-2116

The following entities were noticed by electronic transmission on Jan 19, 2011.
aty          +EDI: BJEGIERUM.COM Jan 18 2011 21:53:00      John E Gierum,   Gierum & Mantas,
               9700 W Higgins Rd, Ste 1015,   Rosemont, IL 60018-4712
16315925     +EDI: GMACFS.COM Jan 18 2011 21:53:00      Ally Financial,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
16511041     +EDI: GMACFS.COM Jan 18 2011 21:53:00      Ally Financial Inc F/K/A GMAC Inc,   PO Box 130424,
               Roseville, MN 55113-0004
16315926     +EDI: AMEREXPR.COM Jan 18 2011 21:53:00      Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
16315929     +EDI: HFC.COM Jan 18 2011 21:53:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
16315931      EDI: IRS.COM Jan 18 2011 21:53:00      Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA  19114-0326
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2011**                      **Signature:**   _Joseph Speetjens_